**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| PLANO ENCRYPTION TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ALKAMI TECHNOLOGY, INC., <br><br> Defendant. | Case No. 2:16-CV-01032-JRG <br><br> JURY TRIAL DEMANDED |
| PLANO ENCRYPTION TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BEST BUY CO., INC., <br><br> Defendant. | Case No. 2:16-CV-01049-JRG <br><br> JURY TRIAL DEMANDED |
| PLANO ENCRYPTION TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ETSY TECHNOLOGY, INC., <br><br> Defendant. | Case No. 2:16-CV-01050-JRG <br><br> JURY TRIAL DEMANDED |
| PLANO ENCRYPTION TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SHUTTERFLY TECHNOLOGY, INC., <br><br> Defendant. | Case No. 2:16-CV-01053-JRG <br><br> JURY TRIAL DEMANDED |

| | |
|---|---|
| PLANO ENCRYPTION TECHNOLOGIES, LLC, | |
| Plaintiff, | Case No. 2:16-CV-01072-JRG |
| v. | JURY TRIAL DEMANDED |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant. | |
| PLANO ENCRYPTION TECHNOLOGIES, LLC, | |
| Plaintiff, | Case No. 2:16-CV-01073-JRG |
| v. | JURY TRIAL DEMANDED |
| J.C. PENNEY COMPANY, INC., | |
| Defendant. | |
| PLANO ENCRYPTION TECHNOLOGIES, LLC, | |
| Plaintiff, | Case No. 2:16-CV-01093-JRG |
| v. | JURY TRIAL DEMANDED |
| GROUPON, INC., | |
| Defendant. | |
| PLANO ENCRYPTION TECHNOLOGIES, LLC, | |
| Plaintiff, | Case No. 2:16-CV-01094-JRG |
| v. | JURY TRIAL DEMANDED |
| MATCH.COM, LLC, | |
| Defendant. | |

**ORDER GRANTING**
**AGREED MOTION FOR EXTENSION OF TIME**

On this date the Court considered Plaintiff Plano Encryption Technologies, LLC's ("Plano") Agreed Motion for Extension of Time. Based on the motion, the grounds set forth therein, and the filings in this case, the Court finds that good cause has been established and the Agreed Motion for Extension of Time should be GRANTED.

Accordingly, each of the above mentioned Defendants shall file its answer or otherwise respond to Plaintiff's First Amended Complaint on or before January 13, 2017. Plaintiff Plano shall respond to any motion directed to the First Amended Complaint on or before February 3, 2017.

In light of the filing of the amended complaints, the following pending motions to dismiss original complaints are denied without prejudice as moot: *Plano Encryption Technologies, LLC v. State Farm Mutual Automobile Insurance Company*, 2-16-cv-01072, Dkt. No. 13; *Plano Encryption Technologies, LLC v. Shutterfly, Inc.*, 2-16-cv-01053, Dkt. No. 11; *Plano Encryption Technologies, LLC v. Best Buy Co., Inc.*, 2-16-cv-01049, Dkt. No. 11; *Plano Encryption Technologies, LLC v. Etsy, Inc.*, 2-16-cv-01050, Dkt. No. 12; and *Plano Encryption Technologies, LLC v. Alkami Technology, Inc.*, 2-16-cv-01032, Dkt. No. 14.